### GILLILAND & SON, ET. AL. V. MARTIN.

*Trespass De Bonis Asportavit.*

(Decided June 30, 1906. 42 South. 7.)

Appeal from Tallapoosa Circuit Court.
Heard before Hon. S. L. Brewer.
D. H. Riddle, for appellant.
Thomas L. Bulger, for appellee.
Reversed and remanded.
Opinion by Denson, J.
Weakley, C. J., and Haralson and Simpson, JJ., concur.

---

### SOUTHERN RAILWAY CO. V. MORRIS.

*Damages for Injury to a Horse.*

(Decided June 30, 1906. 42 South. 19.)

Appeal from Colbert Circuit Court.
Heard before Hon. E. B. Almon.
Humes & Speake, for appellant.
W. L. & W. P. Chitwood, for appellee.
Affirmed.
Opinion by Anderson, J.
Weakley, C. J., Tyson and Simpson, JJ., concur.